Said Mortgage, All Pursuant to Section 1077-c of the Civil Practice Act.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

EDWARD H. BELT v. NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM and THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

RICHARD J. BARRY v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application of JEREMIAH J. MURPHY and Others against PAUL J. KERN, President, and Others, Constituting the Municipal Civil Service Commission of the City of New York, and MARGARET J. KNOTT and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of JULIA SZIRMAY for an Order against FREDERICK J. H. KRACKE and Others, Composing the Board of Assessors of the City of New York, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore Cohn and Callahan, JJ.

In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee to the Real Property That Shall or May Be Required for the Opening and Extending of a Street Designated as East River Drive, from the Northerly Line of Grand Street to the Northerly Line of East 14th Street Together with the Public Park, Along the East River, Extending from the Prolongation of the Southerly Line of Grand Street to the Prolongation of the Northerly Line of East 12th Street, in the Borough of Manhattan, City of New York. MEENAN COAL COMPANY, INC.— Motion for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 2440 CONCOURSE, INC., v. WILLIAM STANLEY MILLER, as President, and Others, Constituting the Tax Commission of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

WILLIAM F. STEINMILLER, as President of Local B-830 of International Brotherhood of Electrical Workers Affiliated with the American Federation of Labor, v. JOHN J. McKEON and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of SAMUEL A. LEWIN and Others for an Order against FIORELLO H. LAGUARDIA and Others, Composing and Constituting the Board of Estimate of the City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.